IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD LEON STRONG**  **PETITIONER**
**ADC #118244**

V.            No. 4:25-cv-00281-JM-ERE

**DEXTER PAYNE, Director ADC**  **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin and Petitioner's objections. After conducting a *de novo* review of the record, the Court adopts the RD in all respects. The petition is DISMISSED with prejudice as time barred and a certificate of appealability will not issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 12th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE