IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD LEON STRONG**  **PETITIONER**
**ADC #118244**

V.  No. 4:25-cv-00281-JM-ERE

**DEXTER PAYNE, Director ADC**  **RESPONDENT**

### JUDGMENT

Consistent with today's Order, Petitioner's § 2254 petition is dismissed with prejudice, all habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 12th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE